| | |
|---|---|
| THE UNITED STATES OF AMERICA; and COMMODITY FUTURES TRADING COMMISSION, | |
| *Plaintiffs*, | |
| v. | |
| STATE OF WISCONSIN; and JOSHUA L. KAUL, in his official capacity as Attorney General of Wisconsin, | Case No. 2:26-cv-749 |
| *Defendants*, | |
| v. | |
| AMERICAN GAMING ASSOCIATION, | |
| *Proposed Intervenor-Defendant*. | |

## MOTION FOR LEAVE TO INTERVENE BY AMERICAN GAMING ASSOCIATION

The American Gaming Association ("AGA") respectfully moves for leave to intervene (the "Motion") as a Defendant in this action under Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, Federal Rule of Civil Procedure 24(b) for the reasons set forth in the accompanying Memorandum of Law. In accordance with Rule 24(c), AGA attaches a Proposed Answer to Plaintiffs' Complaint.

AGA has conferred with the parties regarding the Motion and is authorized to state that Defendants do not oppose the Motion, and Plaintiffs oppose the Motion.

Respectfully submitted,

*/s/ Allan B. Moore*

Allan B. Moore (Bar No. 429108)
COVINGTON & BURLING LLP
One City Center
850 10th St NW
Washington, DC 20001
(202) 662-5575
abmoore@cov.com

*Counsel for the American Gaming Association*

July 14, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 14, 2026, I caused the foregoing document to be filed with the Clerk of the Court of the United States District Court for the Eastern District of Wisconsin using the Court's CM/ECF system.

*/s/ Allan B. Moore*
Allan B. Moore

*Counsel for the American Gaming Association*