**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE COMMODITY FUTURES TRADING COMMISSION, <br><br> *Plaintiffs,* <br><br> *v.* <br><br> STATE OF WISCONSIN, *et al.*, <br><br> *Defendants.* | **DOCKETING STATEMENT** <br><br> Case No. 2:26-cv-00749-WCG |

Plaintiffs-Appellants the United States of America and the Commodity Futures Trading Commission ("CFTC") hereby submit this docketing statement pursuant to Seventh Circuit Court of Appeals Rule 3(c).

## I. JURISDICTION OF DISTRICT COURT

The district court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1345 (district courts have original jurisdiction over civil actions commenced by the United States or by any agency expressly authorized to sue by Act of Congress). This action presents a federal question under the laws and Constitution of the United States because it concerns whether the Commodity Exchange Act, 7 U.S.C. §§ 1, *et seq.*, preempts Wisconsin's gambling laws insofar as they purport to regulate transactions on CFTC-regulated Designated Contract Markets.

## II. JURISDICTION OF COURT OF APPEALS

This interlocutory appeal is taken from the interlocutory decision of the U.S. District Court for the Eastern District of Wisconsin denying Plaintiffs' Motion for Preliminary Injunction entered on July 29, 2026, by the Honorable William C. Griesbach, Dkt. No. 54. On August 7, 2026,

Plaintiffs-Appellants timely filed a notice of appeal. The United States Court of Appeals for the Seventh Circuit has appellate jurisdiction over this case pursuant to 28 U.S.C. § 1292(a)(1).

Dated: August 7, 2026

Respectfully submitted,

By: */s/ M. Jordan Minot*
M. Jordan Minot (Counsel of Record)

*Attorneys for United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th St. NW
Washington, D.C. 20001
Tel: (202) 860-8970
tiberius.davis@usdoj.gov

ALEXANDRA McTAGUE SCHULTE
Senior Litigation Counsel
Tel: (202) 718-0483
alexandra.schulte@usdoj.gov

*Attorneys for Commodity Futures Trading Commission*

TYLER S. BADGLEY
General Counsel
M. JORDAN MINOT
Deputy General Counsel
HENRY J. DICKMAN
Senior Assistant General Counsel
ANDREW WEISBERG
Senior Assistant General Counsel
MARGARET P. AISENBREY
Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Tel: (202) 418-5607
Fax: (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
hdickman@cftc.gov
aweisberg@cftc.gov
maisenbrey@cftc.gov
drubin@cftc.gov

2