# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA, et al.,**
**Plaintiffs,**

**v.**

**STATE OF WISCONSIN, et al.,**
**Defendants.**

**TELEPHONE CONFERENCE**
**Case No. 26-CV-749**

---

HONORABLE WILLIAM C. GRIESBACH, presiding
Proceeding Held: 9/8/2026
Deputy Clerk: Mara

Time Called: 9:08 a.m.
Time Concluded: 9:08 a.m.
Tape: Zoom 090826

**Appearances:**

**Plaintiff(s):** Henry Dickman

**Defendant(s):** Colin Roth

---

Court previously entered an order granting the joint motion to stay discovery (Dkt #64).

Prior to the hearing, Mr. Roth provided the Court with a brief status update indicating that the motions for remand and for a preliminary injunction remain pending in the U.S. District Court for the Western District of Wisconsin.

**Court stays and administratively closes this case pending a decision on the appeals from the Seventh Circuit.**